In the Matter of the Probate of the Will of ELIZA RANNEY, Deceased. ALBERT O. GERSLEY et al., Appellants; LILY E. SNIDER, Respondent.

Argued June 1, 1949; decided July 19, 1949.

*Hyman G. Gould* and *Benjamin E. Solin* for Albert O. Gersley and others, contestants-appellants.

*Edward M. Ogden,* special guardian for Arthur W. Luitweiler and others, contestants-appellants.

*William MacFarlane* for respondent.

Order affirmed, with costs to the respondent, payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.